# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 25, 2013

145593

U. S. BANK NATIONAL ASSOCIATION,
      Plaintiff/Counter-Defendant-
      Appellee,

v

TICOR TITLE INSURANCE COMPANY,
      Defendant-Appellant,

and

JPS TITLE AGENCY, L.L.C., and JON
SINUTKO,
      Defendants,

and

ROSEWOOD TERRANCE CONDOMINIUM
ASSOCIATION,
      Defendant/Counter-Plaintiff.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack,
Justices

SC: 145593
COA: 295735
Macomb CC: 2008-003420-CZ

On order of the Court, the application for leave to appeal the June 21, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 25, 2013

p0122

_____
Clerk